**Willie MUNN, Plaintiff–Appellant**

v.

**Sheriff Butch MORRIS, Nashville, Howard County, Arkansas—in official capacity only; Jana Tallant; Bryant Chester, Prosecuting Attorney; La Jana Jones, Public Defender; James Graves, Prosecuting Attorney, Defendants–Appellees.**

No. 13–3191.

United States Court of Appeals, Eighth Circuit.

Submitted: May 28, 2014.

Filed: June 3, 2014.

Willie Munn, Ozan, AR, pro se.

Clyde Burt Newell, Nicholas Rudolph Windle, Law Offices of C. Burt Newell,

---

1. The Honorable Patrick A. Conmy, United States District Judge for the District of North Dakota.

Hot Springs, AR, for Defendants–Appellees.

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Former inmate Willie Munn appeals the district court's [1] dismissal of his 42 U.S.C. § 1983 suit following an evidentiary hearing. Upon careful consideration of the issues Munn has identified on appeal, we find no error in the district court's treatment of those issues and thus we find no basis for reversal. The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan O. Hickey, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.